B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JERSEY ELECTRIC & SOLAR** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Jersey Solar Las Vegas, Inc; FDBA Solar Universe Las Vegas, Inc.; FDBA Jersey Electric** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**88-0505721** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4325 W Patrick Ln<br>Suite 145<br>Las Vegas, NV**         ZIP Code **89118** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**4001 S. Decatur Blvd.<br>#37-467<br>Las Vegas, NV**         ZIP Code **89103** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)      Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**JERSEY ELECTRIC & SOLAR** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td> <b>Exhibit A</b>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>
☐ Exhibit A is attached and made a part of this petition.</td>
<td> <b>Exhibit B</b>
(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>
X _____<br>
    Signature of Attorney for Debtor(s)      (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    **Page 3**

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **JERSEY ELECTRIC & SOLAR** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Ryan A. Andersen** _____
Signature of Attorney for Debtor(s)

**Ryan A. Andersen 12321**
Printed Name of Attorney for Debtor(s)

**Andersen Law Firm, Ltd.**
Firm Name

**101 Convention Center Drive**
**Suite 600**
**Las Vegas, NV 89109**

_____
Address

**Email: randersen@andersenlawlv.com**
**702-522-1992  Fax: 702-825-2824**
Telephone Number

**July 31, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Brian Nelson Geczi** _____
Signature of Authorized Individual

**Brian Nelson Geczi**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 31, 2015**
Date

# CERTIFICATE OF RESOLUTIONS

I, Brian N. Geczi, the President, Secretary, Treasurer, and Sole Shareholder of JERSEY ELECTRIC & SOLAR, a Nevada corporation ( "Company"), hereby certify that at a special meeting held on July 24, 2015, the following resolutions were adopted and that these resolutions have been neither modified nor rescinded and each remain in full force and effect as execution of this Certificate of Resolutions:

**RESOLVED**, that in the judgment of the Company and its board, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code");

**RESOLVED**, that BRIAN N. GECZI (himself or his designee being an "Authorized Person" and all being the "Authorized Persons") is hereby authorized, empowered, and directed, in the name of and on behalf of the Company to execute and verify a petition and any amendments thereto under Chapter 11 of the Bankruptcy Code ("Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court, District of Nevada ("Bankruptcy Court"), at such time as the Authorized Person executing the same shall determine;

**RESOLVED**, that the law firm of ANDERSEN LAW FIRM, LTD. ("Firm") is engaged and shall continue its engagement as attorneys for the Company in the Chapter 11 Case as general restructuring counsel, subject to certain approvals required by the Firm to be obtained from the Bankruptcy Court;

**RESOLVED**, that each Authorized Person, and such other persons as an Authorized Person may from time to time designate, and any employees or agents designated by or directed by any such Authorized Person, including counsel, be, and hereby are, authorized, empowered, and directed, in the name and on the behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, adversary proceedings, claim objections, plans, pleadings, and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of the same;

**RESOLVED**, that each Authorized Person, and such other Persons as an Authorized Person may from time to time designate, and any employees or agents designated by or directed by any such Authorized Person, including counsel, be, and hereby are, authorized, empowered, and directed, in the name and on the behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits,

1 of 2

declarations, applications, certificates, and other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Company through Chapter 11 of the Bankruptcy Code; and

**RESOLVED**, that any and all past actions taken by any Authorized Person of the Company in the name and on behalf of the company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, I have executed this Certificate of Resolutions this 28 day of July, 2015.

**JERSEY ELECTRIC & SOLAR**,
a Nevada corporation

By: _____
        Brian N. Gezei, its President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **JERSEY ELECTRIC & SOLAR**                                    Case No. _____
                                                    Debtor(s)                Chapter    **11**        _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AEE Solar**<br>**ATTN: Bankruptcy Dept**<br>**775 Fiero Lane**<br>**Suite 200**<br>**San Luis Obispo, CA 93401** | **AEE Solar**<br>**ATTN: Bankruptcy Dept**<br>**775 Fiero Lane**<br>**San Luis Obispo, CA 93401** | **Wholesale distributor of solar power and renewable energy products** | | **44,167.78** |
| **Affordable Solar**<br>**ATTN: Bankruptcy Dept**<br>**4840 Pan American East Fwy NE**<br>**Albuquerque, NM 87109-2220** | **Affordable Solar**<br>**ATTN: Bankruptcy Dept**<br>**4840 Pan American East Fwy NE**<br>**Albuquerque, NM 87109-2220** | **Solar Equipment Supplier** | | **25,534.96** |
| **American Express**<br>**ATTN: Bankruptcy Dept**<br>**4315 South 2700 West**<br>**Salt Lake City, UT 84184** | **American Express**<br>**ATTN: Bankruptcy Dept**<br>**4315 South 2700 West**<br>**Salt Lake City, UT 84184** | **Credit Card** | | **397,338.26** |
| **Anthem Blue Cross and Blue Shield**<br>**ATTN: Bankruptcy Dept**<br>**9926 Mystic Moss Street**<br>**Las Vegas, NV 89183** | **Anthem Blue Cross and Blue Shield**<br>**ATTN: Bankruptcy Dept**<br>**9926 Mystic Moss Street**<br>**Las Vegas, NV 89183** | **Health Insurance** | | **5,121.07** |
| **Beasley Broadcast Group - KDWN**<br>**ATTN: Bankruptcy Dept**<br>**2920 S Durango Drive**<br>**Las Vegas, NV 89117** | **Beasley Broadcast Group - KDWN**<br>**ATTN: Bankruptcy Dept**<br>**2920 S Durango Drive**<br>**Las Vegas, NV 89117** | **Professional Services** | | **45,416.06** |
| **Capital Electric Supply**<br>**ATTN: Bankruptcy Dept**<br>**P O Box 62858**<br>**Phoenix, AZ 85082** | **Capital Electric Supply**<br>**ATTN: Bankruptcy Dept**<br>**P O Box 62858**<br>**Phoenix, AZ 85082** | **Lighting and Electrical Supply** | | **70,010.00** |
| **CBS Radio-KXNT-FM☐**<br>**ATTN: Bankruptcy Dept**<br>**7255 S Tenaya Way**<br>**Suite 100**<br>**San Francisco, CA 94104** | **CBS Radio-KXNT-FM☐**<br>**ATTN: Bankruptcy Dept**<br>**7255 S Tenaya Way**<br>**San Francisco, CA 94104** | **Professional Services** | | **37,330.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **JERSEY ELECTRIC & SOLAR**                                    Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Chase Bank<br>Attn: Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank<br>Attn: Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Credit Card | | 15,648.13 |
| Consolidated Electrical Dist., Inc<br>ATTN: Bankruptcy Dept.<br>2101 South High Street<br>Columbus, OH 43207 | Consolidated Electrical Dist., Inc<br>ATTN: Bankruptcy Dept.<br>2101 South High Street<br>Columbus, OH 43207 | Electrical Supplier | | 70,010.00 |
| Ken R Ashworth & Associates<br>ATTN: Bankruptcy Dept<br>1057 Whitney Ranch Dr<br>Suite 350<br>Henderson, NV 89014 | Ken R Ashworth & Associates<br>ATTN: Bankruptcy Dept<br>1057 Whitney Ranch Dr<br>Henderson, NV 89014 | Law Firm | | 5,950.00 |
| Krannich Solar West LLC☐<br>ATTN: Bankruptcy Dept<br>3809 Ocean Ranch Blvd<br>Suite 112<br>Oceanside, CA 92056 | Krannich Solar West LLC☐<br>ATTN: Bankruptcy Dept<br>3809 Ocean Ranch Blvd<br>Oceanside, CA 92056 | Photovoltaic Supplier | | 68,949.01 |
| KVGS-FM☐<br>ATTN: Bankruptcy Debt<br>2920 S Durango Drive<br>Las Vegas, NV 89117 | KVGS-FM☐<br>ATTN: Bankruptcy Debt<br>2920 S Durango Drive<br>Las Vegas, NV 89117 | Professional Services | | 6,265.00 |
| Nedco Supply<br>ATTN: Bankruptcy Dept<br>4200 Spring Mountain Road<br>Las Vegas, NV 89102 | Nedco Supply<br>ATTN: Bankruptcy Dept<br>4200 Spring Mountain Road<br>Las Vegas, NV 89102 | Electrical Supply Store<br>Electric Account | | 49,311.03 |
| Nedco Supply☐<br>ATTN: Bankruptcy Dept<br>4200 Spring Mountain Road<br>Las Vegas, NV 89102 | Nedco Supply☐<br>ATTN: Bankruptcy Dept<br>4200 Spring Mountain Road<br>Las Vegas, NV 89102 | Electrical Supply Store<br>Solar Account | | 4,303.19 |
| Salesforce.com<br>ATTN: Bankruptcy Dept<br>P.O. Box 203141<br>Dallas, TX 75141-3141 | Salesforce.com<br>ATTN: Bankruptcy Dept<br>P.O. Box 203141<br>Dallas, TX 75141-3141 | Cloud Computing Company | | 22,050.00 |
| Sequoia Indemnity<br>ATTN: Bankruptcy Dept.<br>P.O. Box 39000<br>San Francisco, CA 94139 | Sequoia Indemnity<br>ATTN: Bankruptcy Dept.<br>P.O. Box 39000<br>San Francisco, CA 94139 | Insurance | | 26,818.00 |
| Solar Universe, Inc<br>ATTN: Bankruptcy Dept<br>1152 Stealth Street<br>Suite 3<br>Livermore, CA 94551 | Solar Universe, Inc<br>ATTN: Bankruptcy Dept<br>1152 Stealth Street<br>Livermore, CA 94551 | Legal Proceedings related to franchise agreement | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 7,000,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **JERSEY ELECTRIC & SOLAR**                        Case No. _____

                                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Soligent Distribution, LLC ATTN: Bankruptcy Dept P O Box 398012 San Francisco, CA 94139-8012** | **Soligent Distribution, LLC ATTN: Bankruptcy Dept P O Box 398012 San Francisco, CA 94139-8012** | **Solar Distributor** | | **305,592.51** |
| **Sun Valley Electric Supply ATTN: Bankruptcy Dept 6575 Hinson Street Las Vegas, NV 89118** | **Sun Valley Electric Supply ATTN: Bankruptcy Dept 6575 Hinson Street Las Vegas, NV 89118** | **Electric Utility Company** | | **7,600.00** |
| **Travelers Insurance ATTN: Bankruptcy Dept 485 Lexington Avenue New York, NY 10017** | **Travelers Insurance ATTN: Bankruptcy Dept 485 Lexington Avenue New York, NY 10017** | **Insurance Company** | | **9,440.74** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 31, 2015**                      Signature    **/s/ Brian Nelson Geczi**
                                                              **Brian Nelson Geczi**
                                                              **President**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                              18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Nevada

In re   **JERSEY ELECTRIC & SOLAR**

Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 7,914,057.19 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 18,485.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 8,257,720.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| | | Total Assets | 7,914,057.19 | | |
| | | Total Liabilities | | 8,276,206.11 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Nevada

In re    **JERSEY ELECTRIC & SOLAR**                                        ,    Case No. _____

                                        Debtor
                                                                            Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **JERSEY ELECTRIC & SOLAR**                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **JERSEY ELECTRIC & SOLAR**                                          ,   Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account ***1272 Wells Fargo** | - | 18,275.00 |
| | | **Checking Account ***9587 Wells Fargo** | - | 13,733.48 |
| | | **Savings Account ***3291 Wells Fargo** | - | 5,366.43 |
| | | **Savings Account ***2737 Wells Fargo** | - | 297,455.63 |
| | | **Checking Account ***7430 Wells Fargo** | - | 2,675.15 |
| | | **Checking Account ***6354 Bank of Nevada** | - | 2,019.54 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        339,525.23
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **JERSEY ELECTRIC & SOLAR**                                ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Amount due from electrical services customers** | - | 238,042.24 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        238,042.24
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **JERSEY ELECTRIC & SOLAR**
_____,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Solar Universe, Inc. v. Jersey Electric, Inc. et al 840 Trademark Suit Case No.2:14-cv-01351-GMN-CWH Currently pending with the United States District Court District of Nevada (Las Vegas)** | - | 7,000,000.00 |
| | | **Claims against former employees and against Summerlin Energy related to breach of non-compete agreements.** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Jersey Electric & Solar Website http://www.jerseyelectric.net** | - | Unknown |
| | | **Jersey Elecrtic & Solar Website http://www.jerseysolarlasvegas.com** | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chevrolet Express G2500 3/4 Ton Van VIN # 1GCGG25V861258084** | - | 5,800.00 |
| | | **2005 1 Ton Van VIN# 1GCH35U951127861** | - | 4,500.00 |
| | | **2008 Chevrolet Express G2500 3/4 Ton Van VIN# 1GCGG25C781131327** | - | 6,000.00 |
| | | **2001 Chevrolet Express G2500 3/4 Ton Van VIN# 1GCGG29R111245022** | - | 2,450.00 |
| | | **2007 Chevrolet Express G3500 VIN# 1GCHG39U571132584** | - | 6,000.00 |

Sub-Total >    7,024,750.00
(Total of this page)

Sheet  __2__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **JERSEY ELECTRIC & SOLAR**                        ,       Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2007 Ford Ecoline E250**<br>**VIN# 1FTNE24L87DA63423** | - | 6,000.00 |
| | | **1999 GMC Safari**<br>**VIN# 1GKDM19W1XB523968** | - | 1,200.00 |
| | | **2011 Toyota Tundra**<br>**VIN# 5TFDF1XBX195512** | - | 30,000.00 |
| | | **2008 Chevrolet Silverado**<br>**VIN# 3GCE13J58G303399** | - | 9,000.00 |
| | | **2008 3500/Panel Truck**<br>**VIN# 1GBHC3KK88E202109** | - | 6,000.00 |
| | | **2006 Dodge RAM 1500 ST/SLT**<br>**VIN# 1D7HA16N46J105903** | - | 5,000.00 |
| | | **14 foot Enclosed Trailer**<br>**VIN# 47ZUB12203X027456** | - | 600.00 |
| | | **Lift Trailer**<br>**VIN# 5DYAAB2LOEL006322** | - | 8,500.00 |
| | | **Flat Bed Trailer**<br>**VIN# 5UTBU142X7M000489** | - | 600.00 |
| | | **Doll House Trailer**<br>**VIN# 4YMUK1018DN005513** | - | 200.00 |
| | | **Display Trailer**<br>**VIN# 4YMVL0812CN004979** | - | 100.00 |
| | | **2009 Utility Trailer**<br>**VIN# 5LBF37349R008123** | - | 13,000.00 |
| | | **50' Semi Trailer** | - | 2,000.00 |
| | | **Welding Trailer** | - | 3,000.00 |
| | | **2004 Ford F550**<br>**VIN# 1FDAF56P14EC57144** | - | 25,000.00 |
| | | **2010 Toyota Prius**<br>**VIN# JTDNK3DU8A0055712** | - | 10,000.00 |
| | | **2005 Chevrolet Silverado**<br>**VIN# 1GCJK332X5F897300** | - | 7,000.00 |

                                               Sub-Total >      **127,200.00**
                                          (Total of this page)

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **JERSEY ELECTRIC & SOLAR** , Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2001 Chevrolet Silverado 2500 HD VIN# 1GTH23181F114191 | - | 4,000.00 |
| | | 2004 Chevrolet Silverado K3500 VIN# 1GBHK39294E335497 | - | 3,500.00 |
| | | 2001 Ford F-350 VIN# 1FDSX34FX1E83964 | - | 4,000.00 |
| | | 2003 Chevrolet Silverado C2500 HD VIN# 1GBHC24183E145145 | - | 4,000.00 |
| | | 2005 Chevy Silverado | - | 41,219.96 |
| | | 2006 Chevrolet Express G2500 3/4 Ton Van VIN# 1GCGG25V761250137 | - | 5,800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computers | - | 1,800.00 |
| | | Shelving | - | 2,761.00 |
| | | Office Furniture | - | 4,500.00 |
| | | Server Equipment/Alarm System | - | 2,350.00 |
| | | Office Supplies | - | 1,100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Electrical Tools, Machinery and Equipment | - | 105,508.76 |
| 30. Inventory. | | Electrical Parts and Supplies | - | 4,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > 184,539.72
(Total of this page)
Total > 7,914,057.19

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **JERSEY ELECTRIC & SOLAR** _____,     Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0156491159**<br><br>**Toyota Financial Services**<br>**P.O.Box 5855**<br>**Carol Stream, IL 60197-5855** | | - | **2011 Toyota Tundra**<br><br><br>Value $           **24,000.00** | | | | 7,294.52 | 0.00 |
| Account No.<br><br>**Toyota Financial Services**<br>**P.O.Box 5855**<br>**Carol Stream, IL 60197-5855** | | - | **2010 Toyota Prius**<br>**VIN# JTDKN3DU8A0055712**<br><br><br>Value $            **9,000.00** | | | | 11,191.05 | 2,191.05 |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal<br>(Total of this page) | 18,485.57 | 2,191.05 |
| | Total<br>(Report on Summary of Schedules) | 18,485.57 | 2,191.05 |

B6E (Official Form 6E) (4/13)

.

In re    **JERSEY ELECTRIC & SOLAR**                                          Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>0</u>      continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **JERSEY ELECTRIC & SOLAR** _____ ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0790**  <br><br>**ABC Imaging**<br>**ATTN: Bankruptcy Dept**<br>**3395 W Oquendo Road**<br>**Las Vegas, NV 89118** | - | | **Printing Services** | | | | 385.27 |
| Account No. **xx6050**  <br><br>**AEE Solar**<br>**ATTN: Bankruptcy Dept**<br>**775 Fiero Lane**<br>**Suite 200**<br>**San Luis Obispo, CA 93401** | - | | **Wholesale distributor of solar power and renewable energy products** | | | | 44,167.78 |
| Account No.  <br><br>**AFC Fire Company**<br>**ATTN: Bankruptcy Dept**<br>**2020 Western Avenue**<br>**Las Vegas, NV 89102** | - | | **Fire Department Equipment Supplier** | | | | 52.63 |
| Account No. **Jersey Electric**  <br><br>**Affordable Solar**<br>**ATTN: Bankruptcy Dept**<br>**4840 Pan American East Fwy NE**<br>**Albuquerque, NM 87109-2220** | - | | **Solar Equipment Supplier** | | | | 25,534.96 |
| _**13**_   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 70,140.64 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **JERSEY ELECTRIC & SOLAR**                                          ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2085**<br><br>**Ahern Rentals**<br>**ATTN: Bankruptcy Dept**<br>**5315 Dean Martin Drive**<br>**Las Vegas, NV** | - | | **Construction Equipment and Heavy Machinery** | | | | 794.00 |
| Account No.<br><br>**American Express**<br>**ATTN: Bankruptcy Dept**<br>**4315 South 2700 West**<br>**Salt Lake City, UT 84184** | - | | **Credit Card** | | | | 397,338.26 |
| Account No.<br><br>**Angies List**<br>**ATTN: Bankruptcy Dept.**<br>**1030 E. Washington Street**<br>**Indianapolis, IN 46202** | - | | **Advertising** | | | | 188.40 |
| Account No. **xx6859**<br><br>**Anixter**<br>**ATTN: Bankruptcy Dept**<br>**6180 S Pearl Street**<br>**Las Vegas, NV 89120** | - | | **Wire and Cable**<br>**Electric Account** | | | | 375.69 |
| Account No. **xx7329**<br><br>**Anixter**<br>**ATTN: Bankruptcy Dept**<br>**P.O Box 847428**<br>**Dallas, TX 75284-7428** | - | | **Wire and Cable**<br>**Solar Account** | | | | 2,886.27 |

Sheet no. __1__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)

401,582.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **JERSEY ELECTRIC & SOLAR** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **xxxxxx4341** <br><br>**Anthem Blue Cross and Blue Shield** <br>**ATTN: Bankruptcy Dept** <br>**9926 Mystic Moss Street** <br>**Las Vegas, NV 89183** | - | | | | **Health Insurance** | | | | **5,121.07** |
| Account No. <br><br>**Basenet Consulting, LLC** <br>**ATTN: Bankruptcy Dept** <br>**226 Thurston Street** <br>**Las Vegas, NV 89107** | - | | | | **Business Consulting Services** | | | | **400.00** |
| Account No. <br><br>**Basenet Consulting, LLC** <br>**ATTN: Bankruptcy Dept** <br>**226 Thurston Street** <br>**Las Vegas, NV 89107** | - | | | | **Business Consulting Services** | | | | **150.00** |
| Account No. **xxx9389** <br><br>**Battery System** <br>**ATTN: Bankruptcy Dept** <br>**4500 S Arville Street** <br>**Las Vegas, NV 89103** | - | | | | **Car Battery Store** | | | | **401.85** |
| Account No. <br><br>**Beasley Broadcast Group - KDWN** <br>**ATTN: Bankruptcy Dept** <br>**2920 S Durango Drive** <br>**Las Vegas, NV 89117** | - | | | | **Professional Services** | | | | **45,416.06** |

Sheet no. __**2**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **51,488.98**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JERSEY ELECTRIC & SOLAR**                 ,       Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxR500**  <br><br>**Bron Tapes of Nevada, Inc**<br>**ATTN: Bankruptcy Dept**<br>**5450 Desert Point Drive**<br>**Las Vegas, NV 89118** | | - | Packaging Supply Store | | | | 174.80 |
| Account No. **xx-x0610**  <br><br>**Capital Electric Supply**<br>**ATTN: Bankruptcy Dept**<br>**P O Box 62858**<br>**Phoenix, AZ 85082** | | - | Lighting and Electrical Supply | | | | 70,010.00 |
| Account No.  <br><br>**CBS Radio-KXNT-FM**□□<br>**ATTN: Bankruptcy Dept**<br>**7255 S Tenaya Way**<br>**Suite 100**<br>**San Francisco, CA 94104** | | - | Professional Services | | | | 37,330.00 |
| Account No. **xxxx6026**  <br><br>**CenturyLink**<br>**ATTN: Bankruptcy Dept**<br>**P.O. Box 2489**<br>**Omaha, NE 68103-2489** | | - | Telecommunications company | | | | 3,448.00 |
| Account No.  <br><br>**Chase Bank**<br>**Attn: Bankruptcy Department**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | - | Credit Card | | | | 15,648.13 |

Sheet no. __**3**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        Subtotal  
      (Total of this page)      **126,610.93**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JERSEY ELECTRIC & SOLAR**                                             ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6001**<br><br>**City Electric Supply**<br>**ATTN: Bankruptcy Dept**<br>**2609 Highland Drive**<br>**Las Vegas, NV 89109** | - | | **Electrical Supply Store**<br>**Electric Account** | | | | 14.06 |
| Account No.<br><br>**City Electric Supply**<br>**ATTN: Bankruptcy Dept**<br>**PO BOX 4157**<br>**Walnut Creek, CA 94596** | - | | **Electrical Supply Store**<br>**Solar Account** | | | | 3,720.45 |
| Account No. **x2276**<br><br>**Civic Solar**<br>**ATTN: Bankruptcy Dept**<br>**582 Market Street**<br>**Suite 1300**<br>**San Francisco, CA 94104** | - | | **Solar Energy Equipment Supplier** | | | | 419.32 |
| Account No. **xE003**<br><br>**Commercial Lighting & Supply, Inc**<br>**ATTN: Bankruptcy Dept**<br>**2440 South 900 West**<br>**P.O. Box 65675**<br>**Salt Lake City, UT 84165-0675** | - | | **Lighting Products** | | | | 2,061.84 |
| Account No.<br><br>**Consolidated Electrical Dist., Inc**<br>**ATTN: Bankruptcy Dept.**<br>**2101 South High Street**<br>**Columbus, OH 43207** | - | | **Electrical Supplier** | | | | 70,010.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,225.67

B6F (Official Form 6F) (12/07) - Cont.

In re  **JERSEY ELECTRIC & SOLAR**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0000** <br><br> **Copper State Bolt & Nut Co.**□□ <br> **ATTN: Bankruptcy Dept** <br> **5530 S Valley View Blvd** <br> **Suite 106** <br> **Phoenix, AZ 85017** | - | | Hardware Store <br> Solar Account | | | | 328.13 |
| Account No. **xxx8148** <br><br> **Discount Tire** <br> **ATTN: Bankruptcy Dept.** <br> **8951 W Sahara Avenue** <br> **Las Vegas, NV 89117** | - | | Professional Services | | | | 1,775.78 |
| Account No. **SU00** <br><br> **Elan Office Systems**□□ <br> **ATTN: Bankruptcy Dept** <br> **4675 Teco Avenue** <br> **Suite 140** <br> **Las Vegas, NV 89118** | - | | Office Equipment Supplier | | | | 438.06 |
| Account No. **xxR100** <br><br> **Fasteners, Inc.** <br> **ATTN: Bankruptcy Dept** <br> **4170 W Harmon Avenue** <br> **Suite 4** <br> **Las Vegas, NV 89103** | - | | Tool Store <br> Electric Account | | | | 449.13 |
| Account No. **x1246**□□ <br><br> **Fastners Inc** <br> **ATTN: Bankruptcy Dept** <br> **P O Box 80536** <br> **Las Vegas, NV 89180** | - | | Tool Store <br> Solar Account | | | | 97.58 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,088.68

B6F (Official Form 6F) (12/07) - Cont.

In re   **JERSEY ELECTRIC & SOLAR**                                    , Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-x246-9** <br><br> **FedEx** <br> **ATTN: Bankruptcy Dept** <br> **13155 Noel Road** <br> **Suite 1600** <br> **Dallas, TX 75240** | | - | | Courier Services Company | | | | 24.10 |
| Account No. <br><br> **Financial Pacific United Fire Group** <br> **ATTN: Bankrupotcy Dept.** <br> **P.O. Box 3244** <br> **Cedar Rapids, IA 52406** | | - | | Insurance | | | | 3,778.00 |
| Account No. **2364** <br><br> **Gil's Automotive Services** <br> **ATTN: Bankruptcy Dept** <br> **549 W Sunset Road** <br> **Henderson, NV 89011** | | - | | Auto Repair Shop | | | | 363.64 |
| Account No. **240** <br><br> **Global Truck Wash** <br> **ATTN: Bankruptcy Dept** <br> **8112 S Valley View** <br> **Las Vegas, NV 89139** | | - | | Truck Wash | | | | 493.00 |
| Account No. <br><br> **GrayBar** <br> **ATTN: Bankruptcy Dept** <br> **7055 S Decatur Blvd** <br> **Suite 100** <br> **Las Vegas, NV 89118** | | - | | Electrical Supply Store <br> Electric Account | | | | 75.96 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,734.70

B6F (Official Form 6F) (12/07) - Cont.

In re   **JERSEY ELECTRIC & SOLAR**                                     ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx7600□□**<br><br>**GrayBar**<br>**ATTN: Bankruptcy Dept**<br>**7055 S Decatur Blvd**<br>**Suite 100**<br>**Las Vegas, NV 89118** | - | | | | **Electrical Supply Store**<br>**Solar Account** | | | | 453.52 |
| Account No.<br><br>**HNS Doors**<br>**ATTN: Bankruptcy Dept**<br>**7488 Dune Sunflower Ct**<br>**Las Vegas, NV 89139** | - | | | | **Garage Door Services** | | | | 690.00 |
| Account No. **xxxx xxxx xxxx 2757**<br><br>**Home Depot**<br>**ATTN: Bankruptcy Dept**<br>**2727 Paces Ferry Road**<br>**Atlanta, GA 30339-4089** | - | | | | **Retail company** | | | | 3,459.24 |
| Account No. **xxxxxx0491**<br><br>**IDenticard Systems**<br>**ATTN: Bankruptcy Dept**<br>**25 Race Avenue**<br>**Floor 1**<br>**Lancaster, PA 17603** | - | | | | **Security System Supplier** | | | | 509.25 |
| Account No. **2965**<br><br>**John B. Rudy Company**<br>**ATTN: Bankruptcy Dept**<br>**5455 Desert Point Drive**<br>**Las Vegas, NV 89118** | - | | | | **Cable Services** | | | | 568.91 |

Sheet no. __**7**___ of __**13**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,680.92**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JERSEY ELECTRIC & SOLAR**                                    ,     Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ken R Ashworth & Associates**<br>**ATTN: Bankruptcy Dept**<br>**1057 Whitney Ranch Dr**<br>**Suite 350**<br>**Henderson, NV 89014** | - | | **Law Firm** | | | | 5,950.00 |
| Account No. **x8998**<br><br>**Krannich Solar West LLC**□□<br>**ATTN: Bankruptcy Dept**<br>**3809 Ocean Ranch Blvd**<br>**Suite 112**<br>**Oceanside, CA 92056** | - | | **Photovoltaic Supplier** | | | | 68,949.01 |
| Account No.<br><br>**KVGS-FM**□□<br>**ATTN: Bankruptcy Debt**<br>**2920 S Durango Drive**<br>**Las Vegas, NV 89117** | - | | **Professional Services** | | | | 6,265.00 |
| Account No.<br><br>**Mc Intosh Communications Inc.**<br>**ATTN: Bankruptcy Dept**<br>**4640 Arvile Street**<br>**Suite E**<br>**Las Vegas, NV 89103** | - | | **Cell Phone Store** | | | | 378.35 |
| Account No. **x2893**<br><br>**McFadden-Dale Hardware**<br>**ATTN: Bankruptcy Dept**<br>**5580 S Decatur Blvd.**<br>**Suite 114**<br>**Las Vegas, NV 89118** | - | | **Hardware Store**<br>**Electric Account** | | | | 120.32 |

Sheet no. __**8**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

81,662.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **JERSEY ELECTRIC & SOLAR**                                    , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **x2893**□□<br><br>**McFadden-Dale Hardware**□□<br>**ATTN: Bankruptcy Dept**<br>**5580 S. Decatur Blvd**<br>**Suite 888**<br>**Las Vegas, NV 89118** | - | | | Hardware Store<br>Solar Account | | | | 71.13 |
| Account No. **SOLAR**<br><br>**McNair & Associates**□□<br>**ATTN: Bankruptcy Dept**<br>**4015 S El Capitan Way**<br>**Suite 888**<br>**Las Vegas, NV 89147** | - | | | Tax Preparation Service | | | | 1,844.32 |
| Account No.<br><br>**Nedco Supply**<br>**ATTN: Bankruptcy Dept**<br>**4200 Spring Mountain Road**<br>**Las Vegas, NV 89102** | - | | | Electrical Supply Store<br>Electric Account | | | | 49,311.03 |
| Account No. **xxx5599**<br><br>**Nedco Supply**□□<br>**ATTN: Bankruptcy Dept**<br>**4200 Spring Mountain Road**<br>**Las Vegas, NV 89102** | - | | | Electrical Supply Store<br>Solar Account | | | | 4,303.19 |
| Account No. **xxx-xxx1987**<br><br>**Old Republic Surety Group**<br>**ATTN: Bankruptcy Dept**<br>**445 S Moorland Road**<br>**Suite 200**<br>**Brookfield, WI 53005** | - | | | Insurance | | | | 402.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 **55,931.67**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JERSEY ELECTRIC & SOLAR**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pierson Productions**<br>**ATTN: Bankruptcy Dept**<br>**190 Gallagher Crest Road**<br>**Henderson, NV 89074** | - | | | Printing Services | | | | 386.41 |
| Account No.<br><br>**Retro Engineering**<br>**ATTN: Bankruptcy Dept**<br>**13419 W Citrus Ct**<br>**Litchfield Park, AZ 85340** | - | | | Professional Sevices | | | | 360.00 |
| Account No.<br><br>**Salesforce.com**<br>**ATTN: Bankruptcy Dept**<br>**P.O. Box 203141**<br>**Dallas, TX 75320-3141** | - | | | Cloud Computing Company | | | | 22,050.00 |
| Account No. **xx5223**<br><br>**Security Lock Distributors**<br>**ATTN: Bankruptcy Dept**<br>**7110 Placid Street**<br>**Las Vegas, NV 89119** | - | | | Professional Services | | | | 608.33 |
| Account No.<br><br>**Sequoia Indemnity**<br>**ATTN: Bankruptcy Dept.**<br>**P.O. Box 39000**<br>**San Francisco, CA 94139** | - | | | Insurance | | | | 26,818.00 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        50,222.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **JERSEY ELECTRIC & SOLAR**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Solar Universe, Inc** <br> **ATTN: Bankruptcy Dept** <br> **1152 Stealth Street** <br> **Suite 3** <br> **Livermore, CA 94551** | - | | | Legal Proceedings related to franchise agreement <br>     **Subject to setoff.** | X | X | X | <br><br><br><br>**7,000,000.00** |
| Account No. <br><br> **Soligent Distribution, LLC** <br> **ATTN: Bankruptcy Dept** <br> **P O Box 398012** <br> **San Francisco, CA 94139-8012** | - | | | Solar Distributor | | | | <br><br><br><br>**305,592.51** |
| Account No. <br><br> **Sun Valley Electric Supply**□□ <br> **ATTN: Bankruptcy Dept** <br> **6575 Hinson Street** <br> **Las Vegas, NV 89118** | - | | | Electric Utility Company | | | | <br><br><br><br>**7,600.00** |
| Account No. <br><br> **Teamco Industries** <br> **ANNT: Bankruptcy Dept.** <br> **8409 Chette Abenue** <br> **Santa Fe Springs, CA 90670** | - | | | Materials | | | | <br><br><br><br>**735.09** |
| Account No. **xxxx6196** <br><br> **Travelers Insurance** <br> **ATTN: Bankruptcy Dept** <br> **485 Lexington Avenue** <br> **New York, NY 10017** | - | | | Insurance Company | | | | <br><br><br><br>**9,440.74** |

Sheet no. __**11**__ of __**13**__ sheets attached to Schedule of                      Subtotal                    _____
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)            **7,323,368.34**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JERSEY ELECTRIC & SOLAR**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Tredway Lumsdaine & Doyle**☐☐ <br> **ATTN: Bankruptcy Dept** <br> **8141 E 2nd St** <br> **Suite 500** <br> **Downey, CA 90241** | - | | | Law Firm | | | | 297.95 |
| Account No. **x3360** <br><br> **Tri-Ed / Northern Video Distribution** <br> **ATTN: Bankruptcy Dept** <br> **135 Crossways Park Drive** <br> **Woodbury, NY 11797** | - | | | Security Guard Service | | | | 1,976.94 |
| Account No. **x9395** <br><br> **TSI Monitoring LLC** <br> **ATTN: Bankruptcy Dept** <br> **9555 Del Webb Blvd** <br> **Las Vegas, NV 89134** | - | | | Security System Supplier | | | | 150.00 |
| Account No. <br><br> **Vector Structural**☐☐ <br> **ATTN: Bankruptcy Dept** <br> **9138 S State Street** <br> **Suite 101** <br> **Sandy, UT 84070** | - | | | Professional Services | | | | 250.00 |
| Account No. **xx-x0800** <br><br> **Vegas Electric Supply** <br> **ATTN: Bankruptcy Dept** <br> **3655 W Sunset Road** <br> **Las Vegas, NV 89118** | - | | | Electrical Supply Store Electric Account | | | | 465.53 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,140.42

B6F (Official Form 6F) (12/07) - Cont.

In re  **JERSEY ELECTRIC & SOLAR**  ,                Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-x0800**<br><br>**Vegas Electric Supply**<br>**ATTN: Bankruptcy Dept**<br>**3655 W Sunset Road**<br>**Las Vegas, NV 89118** | - | | **Electrical Supply Store**<br>**Solar Account** | | | | 348.89 |
| Account No. **xxx5393**<br><br>**Windstream**<br>**ATTN: Bankruptcy Dept**<br>**6385 S Rainbow Blvd.**<br>**Las Vegas, NV 89118** | - | | **Telecommunications** | | | | 3,492.66 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 3,841.55 |
| | Total<br>(Report on Summary of Schedules) | 8,257,720.54 |

B6G (Official Form 6G) (12/07)

In re   **JERSEY ELECTRIC & SOLAR**                                              ,          Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Certified Contractors Supply, LLC**<br>**6476 Sligo Mill Road**<br>**Takoma Park, MD 20912** | **Third Party Finance Program** |
| **Geczi & Associates**<br>**4001 S. Decatur Blvd.**<br>**#37-467**<br>**Las Vegas, NV 89103** | **Commercial Lease**<br>**Address: 4325 W. Patrick Lane**<br>**Suite 145**<br>**Las Vegas, NV 89118** |
| **Service Finance Company, LLC**<br>**555 S. Federal Hwy**<br>**Suite 200**<br>**Boca Raton, FL 33432** | **Third Party Finance Program** |
| **Solar Universe, Inc.**<br>**1152 Steath Street**<br>**Suite 3**<br>**Livermore, CA 94551** | **Franchise Agreement** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **JERSEY ELECTRIC & SOLAR**                                     ,          Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Brian Geczi in c/o Brian Pezzillo, Esq.**<br>**3800 Howard Hughes**<br>**Suite 1000**<br>**Las Vegas, NV 89169**<br>   **Legal Proceedings** | **Solar Universe, Inc,**<br>**1152 Stealth Street**<br>**Suite 3**<br>**Livermore, CA 94551** |
| **Gregg Lawson**<br>   **Legal Proceedings** | **Solar Universe, Inc.**<br>**1152 Stealth Street**<br>**Suite 3**<br>**Livermore, CA 94551** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **JERSEY ELECTRIC & SOLAR**            Case No. _____

                    Debtor(s)            Chapter    **11**_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**26**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 31, 2015**_____       Signature   **/s/ Brian Nelson Geczi**_____

                                                **Brian Nelson Geczi**
                                                **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of Nevada

In re **JERSEY ELECTRIC & SOLAR**                                    Case No. _____
                                          Debtor(s)           Chapter     **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,850,988.00** | **Jersey Electric & Solar, Inc. 2013 Total Income** |
| **$1,838,237.00** | **Jersey Electric & Solar, Inc. 2014 Total Income** |
| **$3,213,404.03** | **Jersey Electric & Solar, Inc 2015 YTD Gross Income** |

B7 (Official Form 7) (04/13)
2

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT |  SOURCE |
| --- | --- |

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Anthem Blue Cross and Blue Shield** **9926 Mystic Moss Street** **Las Vegas, NV 89183** | 04/01/2015 04/21/2015 05/28/2015 | **$19,077.30** | **$4,655.26** |
| **City of Henderson** **ATTN: BANKRUPTCY DEPT** **240 Water Street** **Henderson, NV 89015** | 04/23/2015 04/30/2015 05/06/2015 05/18/2015 05/27/2015 05/28/2015 06/01/2015 06/02/2015 06/09/2015 06/15/2015 | **$6,597.89** | **$0.00** |
| **Financial Pacific Insurance** **3880 Athenton Road** **Rocklin, CA 95765** | 04/09/2015 06/16/2015 | **$15,692.00** | **$0.00** |
| **National Council on Compensation Insuran** **ATTN: Bankruptcy Debt** **444 North Capitol Street NW** **Suite 203** **Washington, DC 20001** | 05/11/2015 | **$19,845.00** | **$0.00** |
| **Nedco Supply** **4200 Spring Mountain Road** **Las Vegas, NV 89102** | 05/01/2015 06/02/2015 06/16/2015 | **$10,147.00** | **$24,470.58** |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| None | c. | *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|:---:|---|---|
| ■ | | |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

| None | a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|:---:|---|
| ☐ | |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Solar Universe, Inc. v. Jersey Electric, Inc. et. al. Case No. 2:14-cv-01351-GMN-CWH** | **Trademark** | **Nevada District Court 333 Las Vegas Blvd South Las Vegas, NV 89101** | **Arbitration** |
| **Consolidated Electrical Distributors, Inc. v. Jersey Electric et. al. Case No. A-15-721372-C** | **Breach of Contract** | **Eighth Judicial District Court for Clark County, Nevada** | **Pending** |

| None | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|:---:|---|
| ■ | |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

| None | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|:---:|---|
| ■ | |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

| None | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|:---:|---|
| ■ | |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

| None | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|:---:|---|
| ■ | |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

---

#### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

#### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **2001 Ford Ecoline E-350 Super Duty VIN# 1FTSS34L91HB34825** | **Traffic Accident** **Total loss fully covered by insurance** | **06/19/2015** |

---

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Andersen Law Firm, Ltd. 101 Convention Center Drive Suite 600 Las Vegas, NV 89109** | **06/23/2015** | **$15,000.00 - Prepetition Legal Fees and Expenses** |

---

#### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

B7 (Official Form 7) (04/13)
7

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐        supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Deanna Couture** | **February 2014 - Present** |
| **4325 W Patrick Ln** | |
| **Suite 145** | |
| **Las Vegas, NV 89118** | |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐        of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Sharon J. McNair, CPA** | **McNair & Associates , Chartered** | **06/12/2014** |
| | **4015 South El Capitan Way** | |
| | **Suite 888** | |
| | **Las Vegas, NV 89147** | |
| **Kimberly Heuer** | **Tax Planners, Inc** | **04/14/2015** |
| | **4314 W. Cheyenne Ave** | |
| | **North Las Vegas, NV 89032-2484** | |
| **Ken R. Ashworth** | **1057 Whitney Ranch Drive** | **06/12/2014** |
| | **Suite 350** | **04/14/2015** |
| | **Henderson, NV 89014** | |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐        of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Brian Nelson Geczi** | **4325 W Patrick Ln** |
| | **Suite 145** |
| | **Las Vegas, NV 89118** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■        issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐        and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **07/23/2015** | **Deanna Couture** | **$24,850.00** |

B7 (Official Form 7) (04/13)
8

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **07/23/2015** | **Deanna Couture**<br>**4325 W Patrick Ln**<br>**Las Vegas, NV 89118** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐   controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Brian Geczi**<br>**4001 S Decatur Blvd. #37-467**<br>**Las Vegas, NV 89103** | **President, Secretary, Tresurer and Director** | **100% Sole Ownership** |

---

**22 . Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■   commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■   immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐   in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
    commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Brian Geczi**<br>**4001 S. Decatur Blvd.**<br>**Las Vegas, NV 89103**<br>   **President** | **2015 YTD Gross Compensation** | **$105,600.00** |

---

**24. Tax Consolidation Group.**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■   group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
    of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None
■          If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
          employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date   **July 31, 2015**                          Signature    **/s/ Brian Nelson Geczi**
                                                                **Brian Nelson Geczi**
                                                                **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re **JERSEY ELECTRIC & SOLAR** _____ Case No. _____
_____ Debtor(s)    Chapter **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☐ Debtor     ■ Other (specify):   **DEBTOR: Counsel received $15,000.00 in prepetition funds, such funds sufficient to pay for all prepetition legal fees and expenses, including filing fees.**

3.   The source of compensation to be paid to me is:

☐ Debtor     ■ Other (specify):   **DEBTOR: Counsel will apply for postpetition fees and costs as set forth in contemporaneously filed employment application for Andersen Law Firm, Ltd.**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 31, 2015** _____     /s/ Ryan A. Andersen _____
                                                                          **Ryan A. Andersen 12321**
                                                                          **Andersen Law Firm, Ltd.**
                                                                          **101 Convention Center Drive**
                                                                          **Suite 600**
                                                                          **Las Vegas, NV 89109**
                                                                          **702-522-1992  Fax: 702-825-2824**
                                                                          **randersen@andersenlawlv.com**

---

# United States Bankruptcy Court
## District of Nevada

In re   **JERSEY ELECTRIC & SOLAR**

                Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Brian Nelson Geczi**<br>**4001 S. Decatur Blvd. #37-467**<br>**Las Vegas, NV 89103** | **Common** | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 31, 2015**                Signature  **/s/ Brian Nelson Geczi**

                                                                  **Brian Nelson Geczi**

                                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re    **JERSEY ELECTRIC & SOLAR**                      Case No. _____

                                         Debtor(s)                 Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 31, 2015** _____             **/s/ Brian Nelson Geczi** _____

                                                             **Brian Nelson Geczi/President**

                                                             Signer/Title

```
JERSEY ELECTRIC & SOLAR
4001 S. Decatur Blvd.
#37-467
Las Vegas, NV 89103

Ryan A. Andersen
Andersen Law Firm, Ltd.
101 Convention Center Drive
Suite 600
Las Vegas, NV 89109

ABC Imaging
Acct No xxx0790
ATTN: Bankruptcy Dept
3395 W Oquendo Road
Las Vegas, NV 89118

AEE Solar
Acct No xx6050
ATTN: Bankruptcy Dept
775 Fiero Lane
Suite 200
San Luis Obispo, CA 93401

AFC Fire Company
ATTN: Bankruptcy Dept
2020 Western Avenue
Las Vegas, NV 89102

Affordable Solar
Acct No Jersey Electric
ATTN: Bankruptcy Dept
4840 Pan American East Fwy NE
Albuquerque, NM 87109-2220

Ahern Rentals
Acct No xx2085
ATTN: Bankruptcy Dept
5315 Dean Martin Drive
Las Vegas, NV

American Express
ATTN: Bankruptcy Dept
4315 South 2700 West
Salt Lake City, UT 84184

Angies List
ATTN: Bankruptcy Dept.
1030 E. Washington Street
Indianapolis, IN 46202
```

```
Anixter
Acct No xx6859
ATTN: Bankruptcy Dept
6180 S Pearl Street
Las Vegas, NV 89120

Anixter
Acct No xx7329
ATTN: Bankruptcy Dept
P.O Box 847428
Dallas, TX 75284-7428

Anthem Blue Cross and Blue Shield
Acct No xxxxxx4341
ATTN: Bankruptcy Dept
9926 Mystic Moss Street
Las Vegas, NV 89183

Basenet Consulting, LLC
ATTN: Bankruptcy Dept
226 Thurston Street
Las Vegas, NV 89107

Basenet Consulting, LLC
ATTN: Bankruptcy Dept
226 Thurston Street
Las Vegas, NV 89107

Battery System
Acct No xxx9389
ATTN: Bankruptcy Dept
4500 S Arville Street
Las Vegas, NV 89103

Beasley Broadcast Group - KDWN
ATTN: Bankruptcy Dept
2920 S Durango Drive
Las Vegas, NV 89117

Brian Geczi in c/o Brian Pezzillo, Esq.
3800 Howard Hughes
Suite 1000
Las Vegas, NV 89169

Bron Tapes of Nevada, Inc
Acct No xxR500
ATTN: Bankruptcy Dept
5450 Desert Point Drive
Las Vegas, NV 89118

Capital Electric Supply
Acct No xx-x0610
ATTN: Bankruptcy Dept
 P O Box 62858
Phoenix, AZ 85082
```

CBS Radio-KXNT-FM□□
ATTN: Bankruptcy Dept
7255 S Tenaya Way
Suite 100
San Francisco, CA 94104

CenturyLink
Acct No xxxx6026
ATTN: Bankruptcy Dept
P.O. Box 2489
Omaha, NE 68103-2489

Certified Contractors Supply, LLC
6476 Sligo Mill Road
Takoma Park, MD 20912

Chase Bank
Attn: Bankruptcy Department
PO Box 15298
Wilmington, DE 19850-5298

City Electric Supply
Acct No xxxxxxx6001
ATTN: Bankruptcy Dept
2609 Highland Drive
Las Vegas, NV 89109

City Electric Supply□□
ATTN: Bankruptcy Dept
PO BOX 4157
Walnut Creek, CA 94596

Civic Solar
Acct No x2276
ATTN: Bankruptcy Dept
582 Market Street
Suite 1300
San Francisco, CA 94104

Commercial Lighting & Supply, Inc
Acct No xE003
ATTN: Bankruptcy Dept
2440 South 900 West
P.O. Box 65675
Salt Lake City, UT 84165-0675

Consolidated Electrical Dist., Inc
ATTN: Bankruptcy Dept.
2101 South High Street
Columbus, OH 43207

```
Copper State Bolt & Nut Co.□□
Acct No xxxx0000
ATTN: Bankruptcy Dept
5530 S Valley View Blvd
Suite 106
Phoenix, AZ 85017

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Discount Tire
Acct No xxx8148
ATTN: Bankruptcy Dept.
8951 W Sahara Avenue
Las Vegas, NV 89117

Elan Office Systems□□
Acct No SU00
ATTN: Bankruptcy Dept
4675 Teco Avenue
Suite 140
Las Vegas, NV 89118

Fasteners, Inc.
Acct No xxR100
ATTN: Bankruptcy Dept
4170 W Harmon Avenue
Suite 4
Las Vegas, NV 89103

Fastners Inc
Acct No x1246□□
ATTN: Bankruptcy Dept
P O Box 80536
Las Vegas, NV 89180

FedEx
Acct No xxxx-x246-9
ATTN: Bankruptcy Dept
13155 Noel Road
Suite 1600
Dallas, TX 75240

Financial Pacific United Fire Group
ATTN: Bankrupotcy Dept.
P.O. Box 3244
Cedar Rapids, IA 52406

Gil's Automotive Services
Acct No 2364
ATTN: Bankruptcy Dept
549 W Sunset Road
Henderson, NV 89011
```

```
Global Truck Wash
Acct No 240
ATTN: Bankruptcy Dept
8112 S Valley View
Las Vegas, NV 89139

GrayBar
ATTN: Bankruptcy Dept
7055 S Decatur Blvd
Suite 100
Las Vegas, NV 89118

GrayBar
Acct No xxxxxx7600□□
ATTN: Bankruptcy Dept
7055 S Decatur Blvd
Suite 100
Las Vegas, NV 89118

Gregg Lawson


HNS Doors
ATTN: Bankruptcy Dept
7488 Dune Sunflower Ct
Las Vegas, NV 89139

Home Depot
Acct No xxxx xxxx xxxx 2757
ATTN: Bankruptcy Dept
2727 Paces Ferry Road
Atlanta, GA 30339-4089

IDenticard Systems
Acct No xxxxxx0491
ATTN: Bankruptcy Dept
25 Race Avenue
Floor 1
Lancaster, PA 17603

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

John B. Rudy Company
Acct No 2965
ATTN: Bankruptcy Dept
5455 Desert Point Drive
Las Vegas, NV 89118

Ken R Ashworth & Associates
ATTN: Bankruptcy Dept
1057 Whitney Ranch Dr
Suite 350
Henderson, NV 89014
```

Krannich Solar West LLC☐☐
Acct No x8998
ATTN: Bankruptcy Dept
3809 Ocean Ranch Blvd
Suite 112
Oceanside, CA 92056

KVGS-FM☐☐
ATTN: Bankruptcy Debt
2920 S Durango Drive
Las Vegas, NV 89117

Mc Intosh Communications Inc.
ATTN: Bankruptcy Dept
4640 Arvile Street
Suite E
Las Vegas, NV 89103

McFadden-Dale Hardware
Acct No x2893
ATTN: Bankruptcy Dept
5580 S Decatur Blvd.
Suite 114
Las Vegas, NV 89118

McFadden-Dale Hardware☐☐
Acct No x2893☐☐
ATTN: Bankruptcy Dept
5580 S. Decatur Blvd
Suite 888
Las Vegas, NV 89118

McNair & Associates☐☐
Acct No SOLAR
ATTN: Bankruptcy Dept
4015 S El Capitan Way
Suite 888
Las Vegas, NV 89147

Nedco Supply
ATTN: Bankruptcy Dept
4200 Spring Mountain Road
Las Vegas, NV 89102

Nedco Supply☐☐
Acct No xxx5599
ATTN: Bankruptcy Dept
4200 Spring Mountain Road
Las Vegas, NV 89102

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

```
Old Republic Surety Group
Acct No xxx-xxx1987
ATTN: Bankruptcy Dept
445 S Moorland Road
Suite 200
Brookfield, WI 53005

Pierson Productions
ATTN: Bankruptcy Dept
190 Gallagher Crest Road
Henderson, NV 89074

Retro Engineering
ATTN: Bankruptcy Dept
13419 W Citrus Ct
Litchfield Park, AZ 85340

Salesforce.com
ATTN: Bankruptcy Dept
P.O. Box 203141
Dallas, TX 75320-3141

Security Lock Distributors
Acct No xx5223
ATTN: Bankruptcy Dept
7110 Placid Street
Las Vegas, NV 89119

Sequoia Indemnity
ATTN: Bankruptcy Dept.
P.O. Box 39000
San Francisco, CA 94139

Service Finance Company, LLC
555 S. Federal Hwy
Suite 200
Boca Raton, FL 33432

Social Security Administration
Office of the Regional Chief Counsel

Solar Universe, Inc
ATTN: Bankruptcy Dept
1152 Stealth Street
Suite 3
Livermore, CA 94551

Solar Universe, Inc.
1152 Steath Street
Suite 3
Livermore, CA 94551
```

Soligent Distribution, LLC
ATTN: Bankruptcy Dept
P O Box 398012
San Francisco, CA 94139-8012

Sun Valley Electric Supply
ATTN: Bankruptcy Dept
6575 Hinson Street
Las Vegas, NV 89118

Teamco Industries
ANNT: Bankruptcy Dept.
8409 Chette Abenue
Santa Fe Springs, CA 90670

Toyota Financial Services
Acct No 0156491159
P.O.Box 5855
Carol Stream, IL 60197-5855

Toyota Financial Services
P.O.Box 5855
Carol Stream, IL 60197-5855

Travelers Insurance
Acct No xxxx6196
ATTN: Bankruptcy Dept
485 Lexington Avenue
New York, NY 10017

Tredway Lumsdaine & Doyle
ATTN: Bankruptcy Dept
8141 E 2nd St
Suite 500
Downey, CA 90241

Tri-Ed / Northern Video Distribution
Acct No x3360
ATTN: Bankruptcy Dept
135 Crossways Park Drive
Woodbury, NY 11797

TSI Monitoring LLC
Acct No x9395
ATTN: Bankruptcy Dept
9555 Del Webb Blvd
Las Vegas, NV 89134

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

```
Vector Structural□□
ATTN: Bankruptcy Dept
9138 S State Street
Suite 101
Sandy, UT 84070

Vegas Electric Supply
Acct No xx-x0800
ATTN: Bankruptcy Dept
3655 W Sunset Road
Las Vegas, NV 89118

Vegas Electric Supply
Acct No xx-x0800
ATTN: Bankruptcy Dept
3655 W Sunset Road
Las Vegas, NV 89118

Windstream
Acct No xxx5393
ATTN: Bankruptcy Dept
6385 S Rainbow Blvd.
Las Vegas, NV 89118
```

# United States Bankruptcy Court
## District of Nevada

In re   **JERSEY ELECTRIC & SOLAR**        Case No. _____

                                    Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JERSEY ELECTRIC & SOLAR**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Brian Nelson Geczi**
**4001 S. Decatur Blvd. #37-467**
**Las Vegas, NV 89103**

☐ None [*Check if applicable*]

_____
**July 31, 2015**
Date

**/s/ Ryan A. Andersen**
**Ryan A. Andersen 12321**
Signature of Attorney or Litigant
Counsel for   **JERSEY ELECTRIC & SOLAR**
**Andersen Law Firm, Ltd.**
**101 Convention Center Drive**
**Suite 600**
**Las Vegas, NV 89109**
**702-522-1992 Fax:702-825-2824**
**randersen@andersenlawlv.com**