

_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
July 31, 2015

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Email: *randersen@andersenlawlv.com*
Phone: 702-522-1992
Fax:     702-825-2824

*Proposed Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JERSEY ELECTRIC & SOLAR,<br><br>Debtor. | Case No.: 15-14394-led<br>Chapter 11<br><br>**NOTICE OF HEARING AND ORDER SHORTENING TIME**<br><br>Hearing Date:  August 04, 2015<br>Hearing Time:  02:00 PM |

  The Court, having considered the *Ex Parte Motion for Order Shortening Time* ("Motion") filed by Jersey Electric & Solar, a Nevada corporation ("Debtor"), debtor and debtor in possession, by which the Debtor sought an order shortening time for the hearing on its *Motion for Entry of Order: (I) Authorizing Debtor to Pay Wages, Salaries, Benefits, Reimbursable Business Expenses, and Other Employee Obligations; and (II) Authorizing and Directing Financial Institutions to Honor and Process*

*Checks and Transfers Related to such Obligations* ("Wage Motion"); and having found that cause is present to hear the Wage Motion on shortened time:

    **NOW THEREFORE**, good cause appearing, the Court **ORDERS** as follows:

    **IT IS ORDERED** that the Motion is **GRANTED**;

    **IT IS FURTHER ORDERED** that the Debtor's Wage Motion shall be heard on shortened time on August _4_, 2015, at ___02:00 PM___ in the United States Bankruptcy Court, District of Nevada, Foley Federal Building, 300 South Las Vegas Boulevard, Las Vegas, Nevada, 89101; and

    **IT IS FURTHER ORDERED** that any objections or oppositions to the Wage Motion shall be due at the time of the hearing _____; any replies thereto shall be filed by ___N/A___, and the Wage Motion and this Order Shortening Time shall be served by 5 PM today.

Respectfully submitted by:

**ANDERSEN LAW FIRM, LTD.**

By:   /s/ Ryan A. Andersen
       Ryan A. Andersen, Esq.
       Nevada Bar No. 12321
       101 Convention Center Drive
       Suite 600
       Las Vegas, Nevada 89109

*Proposed Counsel for Debtor*

                                      # # #