B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **JERSEY ELECTRIC & SOLAR**  
Debtor(s)

Case No. **15-14394**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

 Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AEE Solar<br>ATTN: Bankruptcy Dept<br>775 Fiero Lane<br>Suite 200<br>San Luis Obispo, CA 93401 | AEE Solar<br>ATTN: Bankruptcy Dept<br>775 Fiero Lane<br>San Luis Obispo, CA 93401 | Wholesale distributor of solar power and renewable energy products | | 44,167.78 |
| Affordable Solar<br>ATTN: Bankruptcy Dept<br>4840 Pan American East Fwy NE<br>Albuquerque, NM 87109-2220 | Affordable Solar<br>ATTN: Bankruptcy Dept<br>4840 Pan American East Fwy NE<br>Albuquerque, NM 87109-2220 | Solar Equipment Supplier | | 25,534.96 |
| American Express<br>ATTN: Bankruptcy Dept<br>4315 South 2700 West<br>Salt Lake City, UT 84184 | American Express<br>ATTN: Bankruptcy Dept<br>4315 South 2700 West<br>Salt Lake City, UT 84184 | Credit Card | | 397,338.26 |
| Anthem Blue Cross and Blue Shield<br>ATTN: Bankruptcy Dept<br>9926 Mystic Moss Street<br>Las Vegas, NV 89183 | Anthem Blue Cross and Blue Shield<br>ATTN: Bankruptcy Dept<br>9926 Mystic Moss Street<br>Las Vegas, NV 89183 | Health Insurance | | 5,121.07 |
| Beasley Broadcast Group - KDWN<br>ATTN: Bankruptcy Dept<br>2920 S Durango Drive<br>Las Vegas, NV 89117 | Beasley Broadcast Group - KDWN<br>ATTN: Bankruptcy Dept<br>2920 S Durango Drive<br>Las Vegas, NV 89117 | Professional Services | | 45,416.06 |
| Capital Electric Supply<br>ATTN: Bankruptcy Dept<br>P O Box 62858<br>Phoenix, AZ 85082 | Capital Electric Supply<br>ATTN: Bankruptcy Dept<br>P O Box 62858<br>Phoenix, AZ 85082 | Lighting and Electrical Supply | | 70,010.00 |
| CBS Radio-KXNT-FM<br>ATTN: Bankruptcy Dept<br>7255 S Tenaya Way<br>Suite 100<br>San Francisco, CA 94104 | CBS Radio-KXNT-FM<br>ATTN: Bankruptcy Dept<br>7255 S Tenaya Way<br>San Francisco, CA 94104 | Professional Services | | 37,330.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **JERSEY ELECTRIC & SOLAR**                    Case No.  **15-14394**
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Chase Bank**<br>Attn: Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850-5298 | **Chase Bank**<br>Attn: Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850-5298 | **Credit Card** | | 15,648.13 |
| **Consolidated Electrical Dist., Inc**<br>ATTN: Bankruptcy Dept.<br>2101 South High Street<br>Columbus, OH 43207 | **Consolidated Electrical Dist., Inc**<br>ATTN: Bankruptcy Dept.<br>2101 South High Street<br>Columbus, OH 43207 | **Electrical Supplier** | | 70,010.00 |
| **Financial Pacific United Fire Group**<br>ATTN: Bankrupotcy Dept.<br>P.O. Box 3244<br>Cedar Rapids, IA 52406 | **Financial Pacific United Fire Group**<br>ATTN: Bankrupotcy Dept.<br>P.O. Box 3244<br>Cedar Rapids, IA 52406 | **Insurance** | | 3,778.00 |
| **Ken R Ashworth & Associates**<br>ATTN: Bankruptcy Dept<br>1057 Whitney Ranch Dr<br>Suite 350<br>Henderson, NV 89014 | **Ken R Ashworth & Associates**<br>ATTN: Bankruptcy Dept<br>1057 Whitney Ranch Dr<br>Henderson, NV 89014 | **Law Firm** | | 5,950.00 |
| **Krannich Solar West LLC**<br>ATTN: Bankruptcy Dept<br>3809 Ocean Ranch Blvd<br>Suite 112<br>Oceanside, CA 92056 | **Krannich Solar West LLC**<br>ATTN: Bankruptcy Dept<br>3809 Ocean Ranch Blvd<br>Oceanside, CA 92056 | **Photovoltaic Supplier** | | 68,949.01 |
| **KVGS-FM**<br>ATTN: Bankruptcy Debt<br>2920 S Durango Drive<br>Las Vegas, NV 89117 | **KVGS-FM**<br>ATTN: Bankruptcy Debt<br>2920 S Durango Drive<br>Las Vegas, NV 89117 | **Professional Services** | | 6,265.00 |
| **Nedco Supply**<br>ATTN: Bankruptcy Dept<br>4200 Spring Mountain Road<br>Las Vegas, NV 89102 | **Nedco Supply**<br>ATTN: Bankruptcy Dept<br>4200 Spring Mountain Road<br>Las Vegas, NV 89102 | **Electrical Supply Store**<br>**Electric Account** | | 49,311.03 |
| **Salesforce.com**<br>ATTN: Bankruptcy Dept<br>P.O. Box 203141<br>Dallas, TX 75320-3141 | **Salesforce.com**<br>ATTN: Bankruptcy Dept<br>P.O. Box 203141<br>Dallas, TX 75320-3141 | **Cloud Computing Company** | | 22,050.00 |
| **Sequoia Indemnity**<br>ATTN: Bankruptcy Dept.<br>P.O. Box 39000<br>San Francisco, CA 94139 | **Sequoia Indemnity**<br>ATTN: Bankruptcy Dept.<br>P.O. Box 39000<br>San Francisco, CA 94139 | **Insurance** | | 26,818.00 |
| **Solar Universe, Inc**<br>ATTN: Bankruptcy Dept<br>1152 Stealth Street<br>Suite 3<br>Livermore, CA 94551 | **Solar Universe, Inc**<br>ATTN: Bankruptcy Dept<br>1152 Stealth Street<br>Livermore, CA 94551 | **Legal Proceedings related to franchise agreement** | **Contingent Unliquidated Disputed Subject to Setoff** | 7,000,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **JERSEY ELECTRIC & SOLAR**  
　　　　　　　　　　　Debtor(s)

Case No.  **15-14394**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Soligent Distribution, LLC**<br>**ATTN: Bankruptcy Dept**<br>**P O Box 398012**<br>**San Francisco, CA 94139-8012** | **Soligent Distribution, LLC**<br>**ATTN: Bankruptcy Dept**<br>**P O Box 398012**<br>**San Francisco, CA 94139-8012** | **Solar Distributor** | | 305,592.51 |
| **Sun Valley Electric Supply**<br>**ATTN: Bankruptcy Dept**<br>**6575 Hinson Street**<br>**Las Vegas, NV 89118** | **Sun Valley Electric Supply**<br>**ATTN: Bankruptcy Dept**<br>**6575 Hinson Street**<br>**Las Vegas, NV 89118** | **Electric Utility Company** | | 7,600.00 |
| **Travelers Insurance**<br>**ATTN: Bankruptcy Dept**<br>**485 Lexington Avenue**<br>**New York, NY 10017** | **Travelers Insurance**<br>**ATTN: Bankruptcy Dept**<br>**485 Lexington Avenue**<br>**New York, NY 10017** | **Insurance Company** | | 9,440.74 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 31, 2015**

Signature  **/s/ Brian Nelson Geczi**  
　　　　　　**Brian Nelson Geczi**  
　　　　　　**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
　　　　　　　　　　　　　　　　　　18 U.S.C. §§ 152 and 3571.