1  Robert M. Charles, Jr. (State Bar No. 6593)
   Daniel Kiefer (State Bar No. 12419)
2  LEWIS ROCA ROTHGERBER LLP
   3993 Howard Hughes Pkwy, Suite 600
3  Las Vegas, NV 89169-5996
   Tel: 702.949.8320
4  Fax: 702.949.8321
   E-mail:rcharles@lrrlaw.com
5         dkiefer@lrrlaw.com

6  *Attorneys for Solar Universe, Inc.*

7

8              UNITED STATES BANKRUPTCY COURT

9                    DISTRICT OF NEVADA

10 In Re:                                  Chapter 11

11 JERSEY ELECTRIC & SOLAR,                Case No.: 15-14394-LED

12                            Debtor.      **NOTICE OF APPEARANCE AND
                                           REQUEST FOR NOTICE**

13

14      Robert M. Charles, Jr. and Daniel P. Kiefer of Lewis Roca Rothgerber LLP appear as

15 attorneys for Solar Universe, Inc. and request that a copy of all notices to creditors and other

16 parties in interest in this case be sent to the following address as indicated.  The undersigned

17 consent to service by email pursuant to Bankr. R. 7005 and Rule 5(b)(2)(E) as applicable at

18 the listed addresses.

19 Robert M. Charles, Jr.              C. Griffith Towle (CA Bar No. 146401)
                                       gtowle@bzbm.com
20 Email: RCharles@LRRLaw.com          Jayne Laiprasert (CA Bar No. 256930)
   Daniel P. Kiefer                    jlaiprasert@bzbm.com
21 Email: DKiefer@LRRLaw.com           BARTKO, ZANKEL, BUNZEL & MILLER
   Lewis Roca Rothgerber LLP           A Professional Law Corporation
22 Hughes Center                       One Embarcadero Center, Suite 800
   3993 Howard Hughes Parkway, Suite 600  San Francisco, California 94111
23 Las Vegas, NV  89169-5996

24      DATED this 3rd day of August, 2015.

25                                      **LEWIS ROCA ROTHGERBER LLP**

26                                      By: s/ Robert M. Charles, Jr.
27                                          Robert M. Charles, Jr.
                                            Daniel Kiefer
28                                          *Attorneys for Solar Universe, Inc.*

6268865_1

**CERTIFICATE OF SERVICE**

1.     On August 3, 2015, I served the following documents:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

_____

2.     I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

■     **a.     ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

RYAN A. ANDERSEN randersen@andersenlawlv.com
Attorney for Debtor

U.S. TRUSTEE – LV- 11 USTPRegion17.lv.ecf@usdoj.gov

_____

☐     **b.     United States mail, postage fully prepaid**
      *(List persons and addresses.  Attach additional paper if necessary)*

_____

☐     **c.     Personal Service** *(List persons and addresses.  Attach additional paper if necessary)*
            I personally delivered the document(s) to the persons at these addresses:

☐     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

_____

☐     **d.     By direct email (as opposed to through the ECF System)**
            *(List persons and email addresses.  Attach additional paper if necessary)*
            Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____

☐     **e.     By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary)*
            Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

_____

☐     **f.     By messenger** *(List persons and addresses.  Attach additional paper if necessary)*
            I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

_____

6268865_1                                    2

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Signed on August 3, 2015

3    Renee L. Creswell                                    *Renee L. Creswell*
     (NAME OF DECLARANT)                          (SIGNATURE OF DECLARANT)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

6268865_1                                    3